CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ROBERT J. HOOY (SBN: 118074)
rhooy@hooy.com
WILLIAM J. HOOY (SBN: 300189)
whooy@hooy.com
HOOY & HOOY
A Professional Law Corporation
3125 Clayton Road, Second Floor
Concord, California 94519
Telephone: (925) 798-0426
Facsimile: (925) 798-0458
Attorneys for Defendant
B & D Trailer Sales, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>B & D TRAILER SALES, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 3:17-CV-02455-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 7, 2018   CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
　　Phyl Grace
　　Attorneys for Plaintiff

Dated: February 7, 2018   HOOY & HOOY

By: /s/ Robert J. Hooy
　　Robert J. Hooy
　　William J. Hooy
　　Attorneys for Defendant
　　B & D Trailer Sales, Inc.

Dated: February 9, 2018

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Robert J. Hooy, counsel for B & D Trailer Sales, Inc., and that I have obtained Mr. Hooy's authorization to affix his electronic signature to this document.

Dated: February 7, 2018

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff